# **<u>Exhibit A</u>**

| No. | Defendant | E-mail Address |
|-----|-----------|----------------|
| 58  | JHOMERIT  | woklezchufa@163.com |
| 71  | XIAshuix  | xiashuigs@yeah.net |
|     |           | jamesliulaw@gmail.com |