UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

BBC Studios Distribution Ltd

    Plaintiff,

v.

Case No.: 1:24−cv−12589

Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2025:

    MINUTE entry before the Honorable Manish S. Shah: The renewed motion to vacate default judgment [67] is denied and no appearance on 3/18/25 is necessary. Defendants concede that they sold at least one product into Illinois, therefore, this court concludes that it had personal jurisdiction over defendants. Defendants' other arguments to vacate, namely that they were unfamiliar with U.S. law and court procedures and did not willfully infringe, are not adequate justifications to alter or amend the judgment under Fed. R. Civ. P. 59(e). Even if defendants relied on their supplier(s), there is no clear error or manifest injustice in the court relying on plaintiff's submissions to establish the appropriate amount of statutory damages to award, and ignorance of U.S. law does not excuse an entity from complying with the law and court procedures when that entity chooses to do business in the United States. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.